In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00194-CV
_____


### IN RE COMMITMENT OF EDWARDO GARCIA

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-07-08060-CV**

### ORDER

To: Heather Deiss, 16602 Eastchase, Montgomery, Texas 77316

You are hereby ORDERED to appear in person in the courtroom of the Ninth Court of Appeals for the State of Texas in the Montgomery County Administration Building, 301 North Thompson, 2nd floor, Conroe, Texas, on January 10, 2013, at 3:00 p.m.

Heather Deiss is responsible for preparing, certifying, and timely filing the reporter's record for Edwardo Garcia's appeal. On April 9, 2012, the appellant transmitted to Deiss a request that a reporter's record of all trial and pretrial proceedings be prepared. The reporter's record for this appeal was originally due on May 21, 2012.

1

Additional extensions were granted, making the reporter's record due on July 18, 2012. On September 20, 2012, the Court abated the appeal and remanded the case to the trial court to determine why Deiss failed to file the record. The trial court ordered Deiss to file the reporter's record by October 31, 2012. Deiss filed a partial reporter's record on November 2, 2012. On November 29, 2012, the appellant sent to Deiss a request that the reporter's record be supplemented with (1) the July 28, 2011 scheduling conference, (2) the December 13, 2011 hearing on Respondent's Motion to Compel, (3) the January 4, 2012 hearing on Respondent's Motion to Compel Address for Service of Process and Motion to Quash Late Tendered Discovery, (4) the January 17, 2012 hearing on pre-trial motions that took place immediately preceding voir dire, and (5) the January 17, 2012 voir dire by Respondent, which was not included in Volume 2 of the reporter's record. Deiss failed to supplement the record as requested by the appellant.

It is, therefore, ORDERED that Heather Deiss APPEAR in person in the courtroom of the Ninth Court of Appeals in the Montgomery County Administration Building, 301 North Thompson, 2nd floor, Conroe, Texas, on January 10, 2013, at 3:00 p.m., to SHOW CAUSE why she has failed to prepare, certify, and timely file the supplemental reporter's record of (1) the July 28, 2011 scheduling conference, (2) the December 13, 2011 hearing on Respondent's Motion to Compel, (3) the January 4, 2012 hearing on Respondent's Motion to Compel Address for Service of Process and Motion to Quash Late Tendered Discovery, (4) the January 17, 2012 hearing on pre-trial motions

2

that took place immediately preceding voir dire, and (5) the January 17, 2012 voir dire by Respondent.

It is further ORDERED that Heather Deiss bring with her and produce in the courtroom of the Ninth Court of Appeals in the Montgomery County Administration Building, 301 North Thompson, 2nd floor, Conroe, Texas, on January 10, 2013, at 3:00 p.m., all exhibits, notes, audio storage devices, or data storage devices in her possession or under her control, on which the proceedings in Trial Cause No. 11-07-08060-CV were recorded.

ORDER ENTERED December 20, 2012.

PER CURIAM

Before the Court en banc

3